# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RILEY BENJAMIN,**<br><br>   Plaintiff,<br><br>   v.<br><br>**NICOLE COLBERT,** *et al.***,**<br><br>   Defendants. | Civil Action No. 1:23-cv-02315-RCL |

## DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Nicole Colbert, Jimmie Allen, and Jacqueline Williams move this Court under Federal Rules of Civil Procedure 12(b)(1) to dismiss Claim I of Plaintiff's Complaint [1] for lack of jurisdiction.  A memorandum of points and authorities and proposed orders are attached.  Because this motion is dispositive, Defendants have not sought Plaintiff's consent. *See* LCvR 7(m).

Dated: September 29, 2023.               Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Pamela. A. Disney*
PAMELA A. DISNEY [1601225]
MARCUS D. IRELAND [90005124]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 807-0371

Email: pamela.disney@dc.gov

*Counsel for Defendants*

2