UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RILEY BENJAMIN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NICOLE COLBERT,** *et al.,*<br><br>**Defendants.** | **Civil Action No. 1:23-cv-02315-RCL** |

## JOINT STATUS REPORT

Plaintiff Riley Benjamin and Defendants Reverends Nicole Colbert and Jimmie Allen, and Deputy Director Jacqueline Williams (collectively, the Parties), respectfully submit the following Joint Status Report.  The Court stayed litigation proceedings in response to the Parties' October 26th joint motion, and directed the Parties file a Joint Status Report on January 15, 2024, updating the Court on the status of settlement and advising of the Parties' positions on whether the stay should be extended.  *See* Oct. 30, 2023 Order [24].  The Parties are engaged in productive settlement discussions and jointly ask the Court to extend the stay of litigation for an additional 60 days, until March 15, 2024, and order the Parties to file a Joint Status Report on that day updating the Court on the status of settlement and advising it as to the Parties' positions on whether the stay should be extended.

Dated:  January 12, 2024

/s/ *Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 1782046)

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

| | |
|---|---|
| Joy Holden[†] | STEPHANIE E. LITOS<br>Deputy Attorney General<br>Civil Litigation Division |
| American Civil Liberties Union Foundation<br>of the District of Columbia<br>915 15th Street N.W., Second Floor<br>Washington, D.C. 20005<br>Phone:  (202) 601-4267<br>Email:  smichelman@acludc.org | */s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Civil Litigation Division, Equity Section<br><br>*/s/ Honey Morton*<br>HONEY MORTON [1019878]<br>Assistant Chief, Equity Section |
| *Counsel for Plaintiff* | */s/ Marcus D. Ireland*<br>PAMELA A. DISNEY [1601225]<br>MARCUS D. IRELAND [90005124]<br>Assistant Attorneys General<br>400 6th Street, N.W.<br>Washington, D.C. 20001<br>Phone:  (202) 702-2910<br>Email:  marcus.ireland@dc.gov<br><br>*Counsel for Defendants* |

---

[†]   Admitted to practice in New York but not D.C.  Practicing in D.C. under the supervision of a D.C. Bar member while application to D.C. Bar under consideration, pursuant to D.C. Ct. App. R. 49 (c)(8).