UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RILEY BENJAMIN,**<br><br>Plaintiff,<br><br>v.<br><br>**NICOLE COLBERT,** *et al.,*<br><br>Defendants. | Civil Action No. 1:23-cv-02315-RCL |

**JOINT STATUS REPORT AND MOTION TO EXTEND STAY**

  Plaintiff Riley Benjamin and Defendants Reverends Nicole Colbert and Jimmie Allen, and Deputy Director Jacqueline Williams (collectively, the Parties), respectfully submit the following Joint Status Report.  The Court stayed litigation proceedings in response to the Parties' October 26th joint motion, and directed the Parties file a Joint Status Report on January 15, 2024, updating the Court on the status of settlement and advising of the Parties' positions on whether the stay should be extended.  *See* Oct. 30, 2023 Order [24].  The Parties submitted a Joint Status Report on January 15, 2024, asking the Court to extend the stay of litigation for an additional 60 days.  The Parties continue to be engaged in productive settlement discussions and jointly ask the Court to extend the stay of litigation for an additional 14 days, until March 29, 2024, and order the Parties to file a Joint Status Report on that day updating the Court on the status of settlement and advising it as to the Parties' positions on whether the stay should be extended.

  A proposed order is attached.

| | |
|---|---|
| Dated: March 15, 2024 | Respectfully submitted, |
| | |
| /s/ *Joy Holden* | BRIAN L. SCHWALB |
| Joy Holden (D.C. Bar No. 90021283) | Attorney General for the District of Columbia |
| Arthur B. Spitzer (D.C. Bar No. 1782046) | |
| Scott Michelman (D.C. Bar No. 1006945) | STEPHANIE E. LITOS |
| | Deputy Attorney General |
| American Civil Liberties Union Foundation | Civil Litigation Division |
| of the District of Columbia | |
| 915 15th Street N.W., Second Floor | /s/ *Matthew R. Blecher* |
| Washington, D.C. 20005 | MATTHEW R. BLECHER [1012957] |
| Phone: (202) 601-4267 | Chief, Civil Litigation Division, Equity Section |
| Email: smichelman@acludc.org | |
| | /s/ *Honey Morton* |
| *Counsel for Plaintiff* | HONEY MORTON [1019878] |
| | Assistant Chief, Equity Section |
| | |
| | /s/ *Pamela A. Disney* |
| | PAMELA A. DISNEY [1601225] |
| | MARCUS D. IRELAND [90005124] |
| | Assistant Attorneys General |
| | 400 6th Street, N.W. |
| | Washington, D.C. 20001 |
| | Phone: (202) 807-0371 |
| | Email: pamela.disney@dc.gov |
| | |
| | *Counsel for Defendants* |