UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RILEY BENJAMIN**,<br><br>               Plaintiff,<br><br>v.<br><br>**NICOLE COLBERT**, *et al.,*<br><br>               Defendants. | Civil Action No. 1:23-cv-02315-RCL |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses with prejudice his claims against Nicole Colbert, Jimmie Allen, and Jaqueline Williams *in their individual capacities*.

March 29, 2024

Respectfully submitted,

/s/ Scott Michelman
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Joy Holden (D.C. Bar No. 90021283)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
Phone: 202-457-0800
smichelman@acludc.org

*Counsel for Plaintiff*