UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RILEY BENJAMIN,<br><br>       Plaintiff,<br> v.<br><br>NICOLE COLBERT, *et al.,*<br><br>       Defendants. | Civil Action No. 1:23-cv-02315-RCL |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), and having received payment pursuant to the parties' out-of-court settlement agreement, Plaintiff voluntarily dismisses, with prejudice, Nicole Colbert, Jimmie Allen, and Jaqueline Williams in their official capacities. Each party shall bear its own fees and costs.

May 3, 2024

Respectfully submitted,

*/s/ Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Joy Holden (D.C. Bar No. 90021283)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
Phone: 202-457-0800
smichelman@acludc.org

*Counsel for Plaintiff*